# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA,

          Petitioner,

-vs-                                                         Case No. 2:07-mc-40-JES-SPC

CASEY L. PAUL

          Respondent.

_____

## ORDER

      This Court previously entered an Order to Show Cause (Doc. #21) directing Respondent Casey L. Paul to show cause in writing why he has failed to comply with the Court's Order and why he should not be held in contempt for violating the Orders of this Court. Casey Paul filed a response with the Court (Doc. #22) on August 2, 2011. Upon review of the response, the Court finds that it fails to explain - as required by the Court - why Respondent has failed to comply with the Court's Orders. Therefore, a hearing on this matter would be appropriate at this time.

      Upon the Motion by the United States of America, through the undersigned Assistant United States Attorney for the Middle District of Florida, Kyle S. Cohen, to Hold Respondent in Contempt and the declaration of Jacquelyn Perron, Revenue Officer of the Internal Revenue Service, attached to the Motion it is hereby

      **ORDERED** as follows:

      1.    That Casey Paul shall appear before the United States District Court for the Middle District of Florida, presided over by the undersigned in courtroom 5D in the United States Courthouse in Fort Myers, Florida, on **Wednesday, September 7, 2011, at 9:30 a.m.** to show cause

why he should not be compelled to obey the Internal Revenue Service Summons served upon him on or about February 21, 2007, and why he has failed to comply with this Court's subsequent Order issued March 4, 2008 (Doc. #10).  Failure to appear could result in Respondent being held in contempt, which could include a bench warrant being issued for Respondent's arrest.

       2.      That a copy of this Order, be personally served upon the Respondent, Casey L. Paul, by the United States Marshals Service on or before **August 19, 2011**.

      **DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of August, 2011.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies to:    All Parties of Record
              MJCD
              Kyle S. Cohen, AUSA